Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

2008 AUG -4 AM 9:23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

GUATAY CHRISTIAN FELLOWSHIP

vs

COUNTY OF SAN DIEGO

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 1406 JM CAB

TO: (Name and Address of Defendant)

COUNTY OF SAN DIEGO
County Administration Center
1600 Pacific Highway
San Diego, California 92101

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

PETER D. LEPISCOPO, ESQ. C.S.B. #139583
LEPISCOPO & MORROW, LLP
2635 Camino del Rio South, Suite 109, San Diego, California 92108
Telephone: (619) 299-5343;  Facsimile: (619) 299-4767

   An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

AUG - 4 2008

W. Samuel Hamrick, Jr.
_____
CLERK
J. PARIS
_____
By                , Deputy Clerk

_____
DATE