PETER D. LEPISCOPO, ESQ. C.S.B. #139583
  *Counsel of Record*
BILL MORROW, ESQ. C.S.B. #140772
LEPISCOPO & MORROW, LLP
2635 Camino del Rio South, Suite 109
San Diego, California 92108
Telephone: (619) 299-5343
Facsimile: (619) 299-4767

*Lead* Attorneys for Plaintiff, GUATAY CHRISTIAN FELLOWSHIP

DEAN R. BROYLES, ESQ. C.S.B. #179535
JAMES M. GRIFFITHS, ESQ. C.S.B. # 228467
THE WESTERN CENTER FOR LAW & POLICY
539 West Grand Avenue
Escondido, California 92025
Telephone: (760) 747-4549; Facsimile: (760) 747-4505

Attorneys for Plaintiff, GUATAY CHRISTIAN FELLOWSHIP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUATAY CHRISTIAN FELLOWSHIP, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN DIEGO, <br><br> Defendant. | Case No. 08-CV-01406-JM-CAB <br><br> **_SUPPLEMENTAL_ APPLICATION FOR A TEMPORARY RESTRAINING ORDER, OR, IN THE ALTERNATIVE, MOTION FOR PRELIMINARY INJUNCTION** <br><br> [*NOTICE PROVIDED TO DEFENDANT*] <br><br> [F.R.Civ.P. Rule 65] <br><br> COURTROOM: 16 <br> JUDGE: HON. JEFFREY T. MILLER <br> TRIAL DATE: None set |

////
////

SUPPLEMENTAL APPLICATION FOR A TEMPORARY RESTRAINING ORDER, OR, IN THE
ALTERNATIVE, MOTION FOR PRELIMINARY INJUNCTION
[*NOTICE PROVIDED TO DEFENDANT*]

-1-

# I.
## THE COUNTY IS ATTEMPTING TO BYPASS THIS COURT'S REVIEW OF THE APPLICATION FOR A TEMPORARY RESTRAINING ORDER

In its original application for a temporary restraining order/preliminary injunction ("Application for TRO/PI") filed yesterday, the CHURCH requested certain relief, which included:

> *"Court to issue a temporary restraining order and/or preliminary injunction that:*
>
> *c. restrains the COUNTY from entering the Park or CHURCH Complex to conduct any inspections."*

(8/12/08 Application for TRO/PI, Court Doc. No. 3, page 21.)

After the Application for TRO/PI was filed and served on the County yesterday, the COUNTY sent (via facsimile) a letter to Mr. Lepiscopo reading in its relevant part:

> *"The County obtained an inspection warrant from the Superior Court this morning and plans to execute the warrant on August 14, 2008 at 9:00 a.m."*

A true and correct copy of the August 12, 2008, letter from the County is attached hereto as Exhibit 17.

The letter (Exh. 17) sent to Mr. Lepiscopo did not include copies of the warrant or the supporting declarations, which was procured *ex parte* without notice; nor was Mr. Lepiscopo provided an opportunity to appear in court to oppose the issuance of the warrant.

Obviously, the COUNTY is attempting to thumb its nose at this Court by taking it out of the equation, to wit: it will act **before** the Court rules! The CHURCH respectfully requests the Court to consider the Application for TRO/PI filed yesterday and this supplemental application and evidence, and issue a temporary restraining order as prayed for on Page 21 of the Application.

SUPPLEMENTAL APPLICATION FOR A TEMPORARY RESTRAINING ORDER, OR, IN THE ALTERNATIVE, MOTION FOR PRELIMINARY INJUNCTION
[*NOTICE PROVIDED TO DEFENDANT*]

-2-

1  Dated: **August 13, 2008**.

**LEPISCOPO & MORROW, LLP**

By: /s/ Peter D. Lepiscopo
Peter D. Lepiscopo, Esq.,

Attorneys for Plaintiff, **GUATAY CHRISTIAN FELLOWSHIP**

SUPPLEMENTAL APPLICATION FOR A TEMPORARY RESTRAINING ORDER, OR, IN THE ALTERNATIVE, MOTION FOR PRELIMINARY INJUNCTION
[*NOTICE PROVIDED TO DEFENDANT*]

-3-

CASE NAME: *GUATAY CHRISTIAN FELLOWSHIP v. COUNTY OF SAN DIEGO*

CASE NO.: 08-CV-01406-JM-CAB

### CERTIFICATE OF PERSONAL SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO:

I am over the age of eighteen years, and not party to this action. My business address is 2635 Camino del Rio South, Suite 109, San Diego, California 92108.

I, the undersigned, declare under the penalty of perjury that I served the below name person(s) the following documents:

1. SUPPLEMENTAL APPLICATION FOR A TEMPORARY RESTRAINING ORDER, OR, IN THE ALTERNATIVE, MOTION FOR PRELIMINARY INJUNCTION [*NOTICE PROVIDED TO DEFENDANT*]

in the following manner:

By **personal** service by delivery to **ABC ATTORNEY SERVICES, INC.** for personal service on **August 13, 2008** to the following person(s):

THOMAS D. BUNTON, ESQ.               Attorneys for County of San Diego
SENIOR DEPUTY COUNTY COUNSEL
County of San Diego
County Administration Center
1600 Pacific Highway, Room 355
San Diego, California 92101-2469

I certify and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this **13TH** day of **August, 2008**.

Peter D. Lepiscopo, Esq.

---

SUPPLEMENTAL APPLICATION FOR A TEMPORARY RESTRAINING ORDER, OR, IN THE ALTERNATIVE, MOTION FOR PRELIMINARY INJUNCTION
[*NOTICE PROVIDED TO DEFENDANT*]

-4-

**L&M**
LAW FIRM

# LEPISCOPO & MORROW, LLP
*SAN DIEGO—SACRAMENTO*

# Exhibit 17



| | | |
|---|---|---|
| JOHN J. SANSONE<br>COUNTY COUNSEL<br><br>THOMAS E. MONTGOMERY<br>ASSISTANT COUNTY COUNSEL<br><br>NATHAN C. NORTHUP<br>CLAUDIA ANZURES<br>DEBORAH A. McCARTHY<br>WILLIAM D. SMITH<br>CHIEF DEPUTIES | **County of San Diego**<br>OFFICE OF COUNTY COUNSEL<br><br>COUNTY ADMINISTRATION CENTER<br>1600 PACIFIC HIGHWAY, ROOM 355<br>SAN DIEGO, CALIFORNIA 92101-2469<br>(619) 531-4860   FAX (619) 531-6005 | **DEPUTIES**<br>C. ELLEN PILSECKER   LISA MAGHRONE<br>GEORGE W. BREWSTER JR.   KEVIN C. KENNEDY<br>WILLIAM A. JOHNSON, JR.   DAVID G. AXTMANN<br>WILLIAM W. TAYLOR   JAMES M. CHAPIN<br>STEPHEN R. MAGRUDER   MARY JO LANZAFAME<br>MORRIS G. HILL   ALEC B. BEYER<br>RICKY R. SANCHEZ   DAVID BRODIE<br>TIMOTHY M. BARRY   LEONARD W. POLLARD II<br>WILLIAM L. PETTINGILL   STEPHANIE KISH<br>JUDITH A. McDONOUGH   THOMAS DEAK<br>JAMES R. O'DAY   THOMAS L. BOSWORTH<br>RODNEY P. LORANG   WALTER J. DE LORRELL III<br>DAVID J. SMITH   JAMES M. TOPPER<br>THOMAS D. BUNTON   RACHEL H. WITT<br>ELIOT ALAZRAKI   DARREL L. RHAMY<br>LAUREL G. TOBIAR   B. GEORGE BRKALY<br>MIRIAM E. BREWSTER   JAMES G. BOYD<br>WILLIAM H. SONGER   PAULA FORTIN<br>JANICE INGOLD LAU   BRYAN H. EMGLER<br>MARK C. MEAD   SALVADOR M. SALAZAR<br>PAUL J. MEHNERT   WILLIAM W. WITT<br>DENISE FLOYD   KAREN E. LANDERS |

August 12, 2008

Peter D. Lepiscopo, Esq.
Lepiscopo & Morrow, LLP
2635 Camino Del Rio South, Suite 109
San Diego, CA 92108-3727

Via Facsimile & US Mail
619 299-4767

Re:   Guatay Christian Fellowship

Dear Mr. Lepiscopo:

I just received your fax wherein you ask the County not to seek or execute an inspection warrant before you have the opportunity to obtain a TRO against the County. <u>The County obtained an inspection warrant from the Superior Court this morning and plans to execute the warrant on August 14, 2008 at 9:00 a.m.</u> This letter will serve as your 24-hour notice under Code of Civil Procedure section 1822.56. Please make sure your client has someone present to unlock the church building and all related church structures when the County appears for the inspection. Please also make your client aware of Code of Civil Procedure section 1822.57, which provides, "Any person who willfully refuses to permit an inspection lawfully authorized by warrant issued pursuant to this title is guilty of a misdemeanor."

I have tried to explain to you that the County needs to inspect to protect the members of the church from death or serious injury, because among other things, the church has violated State Building Code section 3406 by changing the occupancy of the building without approval of the building official and submitting to an inspection. Reverend Peterson advised me in June that the church made approximately $80,000 worth of improvements to the building. We want to make sure that the alterations comply with

Peter D. Lepiscopo, Esq.                    -2-                        August 12, 2008

the building codes and that the building and structures are safe for occupancy. It is completely illogical that you would try to prevent the County from making sure that the church members are safe.

After I sent a letter on May 30, 3008 to Reverend Peterson I spoke with him and he advised me that the church would not use the building. We had no reason to inspect if the building was not being used. Because the church decided to resume services we were forced to request the inspection to protect the members of the church, and then after your refusal, obtain an inspection warrant. I hope this clarifies things for you.

                            Very truly yours,

                            JOHN J. SANSONE, County Counsel

                            By
                            ELIOT J. ALAZRAKI, Senior Deputy

EJA:rl
08-00108
cc:   Charles LePla, Esq.
      By U.S. Mail and Facsimile
      (714) 546-7457

JOHN J. SANSONE
COUNTY COUNSEL

THOMAS E. MONTGOMERY
ASSISTANT COUNTY COUNSEL

NATHAN C. NORTHUP
CLAUDIA ANZURES
DEBORAH A. McCARTHY
WILLIAM D. SMITH
CHIEF DEPUTIES

# County of San Diego
## OFFICE OF COUNTY COUNSEL

COUNTY ADMINISTRATION CENTER
1600 PACIFIC HIGHWAY, ROOM 355
SAN DIEGO, CALIFORNIA 92101-2469
(619) 531-4860   FAX (619) 531-6005

**DEPUTIES**

C. ELLEN PILSECKER, LISA MACCHIONE, GEORGE W. BREWSTER, JR., KEVIN O. KENNEDY, WILLIAM A. JOHNSON, JR., DAVID G. AXTMANN, WILLIAM W. TAYLOR, JAMES M. CHAPIN, STEPHEN R. MAGRUDER, MARY JO LANZAFAME, MORRIS G. HILL, ALEC S. BEYER, RICKY R. SANCHEZ, DAVID BROOKE, TIMOTHY M. BARRY, LEONARD W. POLLARD II, WILLIAM L. PETTINGILL, STEPHANIE KISH, JUDITH A. McDONOUGH, THOMAS DEAK, JAMES R. O'DAY, THOMAS L. BOSWORTH, RODNEY F. LORANG, WALTER J. DE LORRELL, III, DAVID J. SMITH, JAMES R. TOPPER, THOMAS D. BUNTON, RACHEL H. WITT, ELIOT ALAZRAKI, CARRAL RHAMY, LAUREL G. TOBIAS, D. GEORGE SZAKALY, MIRIAM E. BREWSTER, JAMES G. BOYD, WILLIAM H. SONGER, PAULA FORBIS, JANICE INGOLD LAU, BRYAN M. ZIEGLER, MARK C. MEAD, SALVADOR M. SALAZAR, PAUL J. MEHNERT, WILLIAM W. WITT, DENNIS FLOYD, KAREN F. LANDERS

August 12, 2008

## CONFIDENTIAL TELECOPY

**PLEASE DELIVER TO:**

Peter D. Lepiscopo, Esq.        (619) 299-4767
Charles LePla, Esq.             (714) 546-7457

**FROM:**

Eliot J. Alazraki, Sr. Deputy   (619) 531-5037

Subject: Guatay Christian Fellowship
Number of Pages: 3

Original to follow via US Mail

The information contained in this facsimile is protected by attorney/client and/or attorney/work product privileges. The information is intended only for receipt and review by the individual named above. All applicable privileges are not waived by virtue of the information having been transmitted by facsimile. If the facsimile is actually received or read by any person other than the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original information to us at the above address.

Please call us at (619) 531-4860 if the telecopy you receive is incomplete or illegible.