California Declaration (subserve - business)            Page 1 of 3

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):<br>LEPISCOPO & MORROW, LLP<br>2635 CAMINO DEL RIO SOUTH SUITE 109<br>SAN DIEGO, CA 92108<br>TELEPHONE NO.: 619 299-5343    FAX NO. (Optional): 619 299-4767<br>EMAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): GUATAY CHRISTIAN FELLOWSHIP | **FOR COURT USE ONLY** |

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 940 FRONT STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO 92101
BRANCH NAME:

PLAINTIFF/PETITIONER: GUATAY CHRISTIAN FELLOWSHIP
DEFENDANT/RESPONDENT: COUNTY OF SAN DIEGO

| **PROOF OF SERVICE (CIVIL)** | HEARING DATE/TIME: | HEARING DEPT./DIV.: | Ref. No. or File No.:<br>B42 |
|---|---|---|---|

CASE NUMBER: 08-CV-1406-JM (CAB)

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the (specify documents):
   Guatay Christian Fellowship's Application for Temporary Restraining Order, Or, in The Alternative, motion for Preliminary Injunction; Declaration of Pastor Stan Peterson in Support of Guatay Christian Fellowship's Application for Temporary Restraining Order, or in The Alternative Motion for Preliminary Injuction; Declaration of Peter D. Lepiscopo, Esq Notice of Guatay Fellowship's Application for Temporary Restraining Order, or in The Alternative, Preliminary Injuction.

3. a. Party served (specify name of party as shown on documents served):
   THOMAS D. BUNTON ESQ.

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served:
   COUNTY OF SAN DIEGO, 1600 PACIFIC Highway SUITE 355, SAN DIEGO, CA 92101

5. I served the party (check proper box)
   a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): (2) at (time):
   b. [X] by substituted service. On (date): 8/12/2008 (2) at (time): 3:36 PM I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in Item 3):
      CAROL CARLOS, OFFICE ADMINISTRATION, A white female approx. 45-55 years of age 5'6"-5'8" in height weighing 200-220 lbs with brown hair
      (1) [X] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] (physical address unknown) a person of at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date): from (city): or [ ] a declaration of mailing is attached.
      (5) [X] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2
Code of Civil Procedure, § 1011

**PROOF OF SERVICE (CIVIL)**

Order No. 5344067 SDG



| PLAINTIFF/PETITIONER: | GUATAY CHRISTIAN FELLOWSHIP | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | COUNTY OF SAN DIEGO | 08-CV-1406-JM (CAB) |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  (1) on (date):   (2) from (city):
    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30)
    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)
d. [ ] **by other means** *(specify means of service and authorizing code section)*:

  [ ] Additional page describing service is attached.

6. Person who served papers
   a. Name: Feliks Sarkisyan
   b. Address: 2121 FIFTH AVE, SUITE 200, SAN DIEGO, CA 92101
   c. Telephone number: 619-232-1920
   d. The fee for service was: $
   e. I am:
     (1) [ ] not a registered California process server.
     (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
     (3) [X] registered California process server:
       (i) [ ] owner  [ ] employee  [X] independent contractor
       (ii) [X] Registration No.: 1227
       (iii) [X] County: San Diego

7. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
8. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 8/13/2008

Feliks Sarkisyan
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

PROOF OF SERVICE
(CIVIL)

Order No. 5344057 SDG

Page 2 of 2