| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| LEPISCOPO & MORROW, LLP<br>2635 CAMINO DEL RIO SOUTH SUITE 109<br>SAN DIEGO, CA 92108<br>TELEPHONE NO.: 619 299-5343   FAX NO. (Optional): 619 299-4767<br>EMAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): GUATAY CHRISTIAN FELLOWSHIP | |

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 940 FRONT STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO 92101
BRANCH NAME:

PLAINTIFF/PETITIONER: GUATAY CHRISTIAN FELLOWSHIP

DEFENDANT/RESPONDENT: COUNTY OF SAN DIEGO

CASE NUMBER: 08 CV 01406 JM CAB

PROOF OF SERVICE (CIVIL)    HEARING DATE/TIME:    HEARING DEPT/DIV:    Ref. No. or File No.: 842

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the (specify documents):
   Supplemental Application for A Temporary Restraining Order, Or, In The Alternative, Motion for Preliminary Injunction

3. a. Party served (specify name of party as shown on documents served):
      COUNTY OF SAN DIEGO
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) (specify name and relationship to the party named in item 3a):
      KAREN "DOE", RECEPTIONIST, A white female approx. 30-35 years of age 5'8"-5'8" in height weighing 160-180 lbs with blonde hair

4. Address where the party was served:
   COUNTY COUNSEL, 1600 PACIFIC ROOM 355, SAN DIEGO, CA 92101

5. I served the party (check proper box)
   a. [X] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 8/13/2008 (2) at (time): 9:25 AM
   b. [ ] by substituted service. On (date): (2) at (time): I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):
      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] (physical address unknown) a person of at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):   from (city):   or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2
Code of Civil Procedure, § 1011



PROOF OF SERVICE (CIVIL)

Order No. 5338953 SDG

| PLAINTIFF/PETITIONER: GUATAY CHRISTIAN FELLOWSHIP | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COUNTY OF SAN DIEGO | 08 CV 01406 JM CAB |

c. [ ] by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.
   (1) on (date):    (2) from (city):
   (3) [ ] with two copies of the Notice and Acknowledgment of Receipt and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)
d. [ ] by other means (specify means of service, and authorizing code section):

   [ ] Additional page describing service is attached.

6. Person who served papers
   a. Name: Jason Flores
   b. Address: 2121 FIFTH AVE, SUITE 200, SAN DIEGO, CA 92101
   c. Telephone number: 619-232-1920
   d. The fee for service was: $
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] registered California process server:
         (i) [ ] owner [ ] employee [X] independant contractor
         (ii) [X] Registration No.: 1407
         (iii) [X] County: San Diego

7. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
8. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 8/13/2008

Jason Flores
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

PROOF OF SERVICE
(CIVIL)

Page 2 of 2
Order No. 5338953 SDG