JOHN J. SANSONE, County Counsel
County of San Diego
By THOMAS D. BUNTON, Senior Deputy (State Bar No. 193560)
1600 Pacific Highway, Room 355
San Diego, California 92101
Telephone: (619) 531-6456

Attorneys for Defendants County of San Diego

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUATAY CHRISTIAN FELLOWSHIP,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO,<br><br>Defendant. | Case No. 08 CV 1406 JM CAB<br><br>**DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS AND THE RELIGIOUS LAND USE AND INSTITUTIONALIZED PERSONS ACT** |

Defendant County of San Diego (the "County") answers plaintiff's Complaint for Violation of Constitutional Rights and the Religious Land Use and Institutionalized Persons Act as follows:

## INTRODUCTION

1. The County admits that plaintiff brings this action for purported violations of the United States Constitution and the Religious Land Use and Institutionalized Persons Act of 2000. The County denies that it has violated any of these provisions and specifically denies that plaintiff is entitled to relief under any of these provisions.

## JURISDICTION AND VENUE

2. The County admits that this Court has jurisdiction over this action. However, the County denies that it has violated plaintiff's constitutional or statutory rights.

3. The County denies the allegations contained in paragraph 3.

4. The County admits that this Court has jurisdiction to hear plaintiff's request for declaratory relief. The County denies the remaining allegations contained in paragraph 4.

5. The County admits that venue is proper in this Court.

## PARTIES

6. The County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6.

7. The County denies the allegations contained in paragraph 7.

8. The County denies the allegations contained in paragraph 8.

## STATEMENT OF FACTS

9. The County admits the allegations contained in paragraph 9.

10. The County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10.

11. The County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11.

12. The County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12.

13. The County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13.

14. The County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14

15. The County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15.

16. The County denies the allegations contained in paragraph 16.

17. The County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17.

///

18. The County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18.

19. The County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19.

20. The County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20.

21. The County admits the allegations contained in paragraph 21.

22. The County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22.

23. The County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23.

24. The County admits that it sent the May 30, 2008 letter. The letter speaks for itself.

25. The County denies the allegations contained in paragraph 25.

26. The County denies the allegations contained in paragraph 26.

**FIRST CAUSE OF ACTION:**
**Violation Of The Religious Land Use and Institutionalized Persons Act of 2000 -- "*Substantial Burden on Religious Exercise*"**
**(42 U.S.C. § 2000cc(a), *et seq*.)**

27. The County incorporates by reference its responses to paragraphs 1 through 26, inclusive.

28. The County denies the allegations contained in paragraph 28.

29. The County denies the allegations contained in paragraph 29.

30. The County denies the allegations contained in paragraph 30.

31. The County denies the allegations contained in paragraph 31.

32. The County denies the allegations contained in paragraph 32.

///

///

///

**SECOND CAUSE OF ACTION:**
**Violation Of The Religious Land Use and Institutionalized Persons Act of 2000 -- "Treatment of Religious Assembly on Less Than Equal Terms with a Nonreligious Assembly" (42 U.S.C. § 2000cc(b)(1), et seq.)**
**(All Defendants)**

33. The County incorporates by reference its responses to paragraphs 1 through 32, inclusive.

34. The County denies the allegations contained in paragraph 34.

35. The County denies the allegations contained in paragraph 35.

36. The County denies the allegations contained in paragraph 36.

**THIRD CAUSE OF ACTION:**
**Violation Of The Religious Land Use and Institutionalized Persons Act of 2000 -- "Total Exclusion from Jurisdiction or Unreasonable Limits on Religious Assemblies within Jurisdiction"**
**(42 U.S.C. § 2000cc(b)(3))**

37. The County incorporates by reference its responses to paragraphs 1 through 36, inclusive.

38. The County denies the allegations contained in paragraph 38.

39. The County denies the allegations contained in paragraph 39.

40. The County denies the allegations contained in paragraph 40.

**FOURTH CAUSE OF ACTION:**
**Deprivation of Rights under United States Constitution:**
**Free Exercise of Religion: First and Fourteenth Amendments**
**(42 U.S.C. § 1983)**

41. The County incorporates by reference its responses to paragraphs 1 through 40, inclusive.

42. The County denies the allegations contained in paragraph 42.

43. The County denies the allegations contained in paragraph 43.

**FIFTH CAUSE OF ACTION:**
**Deprivation of Rights under United States Constitution:**
**Freedom of Speech: First and Fourteenth Amendments**
**(42 U.S.C. § 1983)**

44. The County incorporates by reference its responses to paragraphs 1 through 43, inclusive.

| | | |
|---|---|---|
|1| 45. | The County denies the allegations contained in paragraph 45. |
|2| 46. | The County denies the allegations contained in paragraph 46. |

**SIXTH CAUSE OF ACTION:**
**Deprivation of Rights under United States Constitution:**
**Freedom of Assembly: First and Fourteenth Amendments**
**(42 U.S.C. § 1983)**

47. The County incorporates by reference its responses to paragraphs 1 through 46, inclusive.

48. The County denies the allegations contained in paragraph 48.

49. The County denies the allegations contained in paragraph 49.

**SEVENTH CAUSE OF ACTION:**
**Deprivation of Rights under United States Constitution:**
**Freedom of Association: First and Fourteenth Amendments**
**(42 U.S.C. § 1983)**

50. The County incorporates by reference its responses to paragraphs 1 through 49, inclusive.

51. The County denies the allegations contained in paragraph 51.

52. The County denies the allegations contained in paragraph 52.

**EIGHTH CAUSE OF ACTION:**
**Deprivation of Rights under United States Constitution:**
**Equal Protection: Fourteenth Amendments**
**(42 U.S.C. § 1983)**

53. The County incorporates by reference its responses to paragraphs 1 through 52, inclusive.

54. The County denies the allegations contained in paragraph 54.

55. The County denies the allegations contained in paragraph 55.

**NINTH CAUSE OF ACTION:**
**Deprivation of Rights under United States Constitution:**
**Due Process: Fourteenth Amendment**
**(42 U.S.C. § 1983)**

56. The County incorporates by reference its responses to paragraphs 1 through 55, inclusive.

57. The County denies the allegations contained in paragraph 57.

1. 58. The County denies the allegations contained in paragraph 58.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's Complaint for Violation of Constitutional Rights and the Religious Land Use and Institutionalized Persons Act fails to state a claim upon which relief can be granted.

WHEREFORE, answering defendant County of San Diego prays as follows:

1. That the action be dismissed with prejudice;
2. That plaintiff take nothing by this action;
3. That the County recover its costs of suit incurred herein, including attorneys' fees; and
4. For such other and further relief as the court deems just and proper.

DATED: 8/25/08

JOHN J. SANSONE, County Counsel

By *[signature]*
THOMAS D. BUNTON, Senior Deputy
Attorneys for Defendant County of San Diego

DECLARATION OF SERVICE

I, the undersigned, declare:

That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On August 25, 2008, I served the following documents: **DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS AND THE RELIGIOUS LAND USE AND INSTITUTIONALIZED PERSONS ACT** in the following manner:

☐ By personally delivering copies to the person served.

☐ By placing a copy in a separate envelope, with postage fully prepaid, for each addressee named below and depositing each in the Federal Express overnight mail service at San Diego, California.

☐ By faxing a copy to the person served. The document was transmitted by facsimile transmission and the transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

☒ By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

| James M Griffiths<br>The Western Center for Law & Policy<br>300 West Grand Avenue, Suite 200<br>Escondido, CA 92025<br>(760)747-4549<br>(760)747-4505 (fax)<br>*jgriffiths@wclplaw.org* | Peter Dominick Lepiscopo<br>Lepiscopo & Morrow<br>2635 Camino del Rio South, Suite 109<br>San Diego, CA 92108<br>(619)299-5343<br>(619)299-4767 (fax)<br>*plepiscopo@att.net* |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 25, 2008, at San Diego, California.

                 By:
                 s/ Thomas D. Bunton, Senior Deputy County Counsel
                 Attorney for Defendant County of San Diego

Guatay Christian Fellowship v. County of San Diego; et al; USDC No. 08cv1406 JM CAB