1  PETER D. LEPISCOPO, ESQ. C.S.B. #139583
   *Counsel of Record*
2  BILL MORROW, ESQ. C.S.B. #140772
   LEPISCOPO & MORROW, LLP
3  2635 Camino del Rio South, Suite 109
   San Diego, California 92108
4  Telephone: (619) 299-5343
   Facsimile: (619) 299-4767
5
   *Lead* Attorneys for Plaintiff, GUATAY CHRISTIAN FELLOWSHIP
6
   JAMES M. GRIFFITHS, ESQ. C.S.B. # 228467
7  THE WESTERN CENTER FOR LAW & POLICY
   300 West Grand Avenue, Suite 200
8  Escondido, California 92025
   Telephone: (760) 747-4549; Facsimile: (760) 747-4505
9
   Attorneys for Plaintiff, GUATAY CHRISTIAN FELLOWSHIP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| GUATAY CHRISTIAN FELLOWSHIP, | Case No. 08-CV-01406-JM-CAB |
|---|---|
| Plaintiff, | JOINT MOTION TO FILE MOTION FOR PRELIMINARY INJUNCTION ON A DATE LESS THAN THE 28-DAY RULE (LOCAL RULE 7.1) AND BRIEFING SCHEDULE |
| v. | |
| COUNTY OF SAN DIEGO, | COURTROOM: 16 |
| Defendant. | JUDGE: HON. JEFFREY T. MILLER |
| | TRIAL DATE: None set |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel of record, as follows:

---

JOINT MOTION TO FILE MOTION FOR PRELIMINARY INJUNCTION ON A DATE LESS THAN THE
28-DAY RULE (LOCAL RULE 7.1) AND BRIEFING SCHEDULE

-1-

1. That plaintiff shall be permitted to file its motion for preliminary injunction ("Motion"), along with all supporting evidence and declarations, on a date that is 1-day less than the 28-day rule set forth in Local Civil Rule 7.1;

2. That the plaintiff shall file and serve the Motion and all supporting evidence and declarations by 2:00 p.m. on Friday, August 29, 2008;

3. That the defendant shall file and serve any opposition to the Motion on or before September 12, 2008;

4. That the plaintiff shall file and serve any reply to defendant's opposition on or before September 18, 2008; and

5. That the hearing on plaintiff's Motion is presently set for September 25, 2008, at 3:30 p.m. in Courtroom 16.

Dated: August 28, 2008.

LEPISCOPO & MORROW, LLP

By: _____
Peter D. Lepiscopo, Esq.,

Attorneys for Plaintiff, GUATAY CHRISTIAN FELLOWSHIP

Dated: August 28, 2008.

SAN DIEGO COUNTY COUNSEL

By: _____
Thomas Bunton, Esq.,

Attorneys for Defendant, COUNTY OF SAN DIEGO

JOINT MOTION TO FILE MOTION FOR PRELIMINARY INJUNCTION ON A DATE LESS THAN THE 28-DAY RULE (LOCAL RULE 7.1) AND BRIEFING SCHEDULE

-2-