1  **PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583**
   *Counsel of Record*
2  **BILL MORROW, ESQ.  C.S.B.  #140772**
   LEPISCOPO & MORROW, LLP
3  2635 Camino del Rio South, Suite 109
   San Diego, California 92108
4  Telephone:  (619) 299-5343
    Facsimile:  (619) 299-4767
5
   *Lead* Attorneys for Plaintiff, **GUATAY CHRISTIAN FELLOWSHIP**
6

7  **DEAN R. BROYLES, ESQ. C.S.B. #179535**
   **JAMES M. GRIFFITHS, ESQ.   C.S.B. # 228467**
8  THE WESTERN CENTER FOR LAW & POLICY
   539 West Grand Avenue
9  Escondido, California 92025
   Telephone: (760) 747-4549; Facsimile: (760) 747-4505
10
   Attorneys for Plaintiff, **GUATAY CHRISTIAN FELLOWSHIP**
11

12
                     **UNITED STATES DISTRICT COURT**
13
                     **SOUTHERN DISTRICT OF CALIFORNIA**
14

15 | **GUATAY CHRISTIAN FELLOWSHIP**, ) Case No. **08-CV-01406-JM-CAB**
                                    )
16 |        Plaintiff,               )
                                    ) **GUATAY CHRISTIAN FELLOWSHIP'S**
17 |                                 ) **MOTION TO FILE MEMORANDUM OF**
                                    ) **POINTS AND AUTHORITIES EXCEEDING**
18 |                                 ) **PAGE LIMIT; DECLARATION OF PETER**
          v.                        ) **D. LEPISCOPO, ESQ.**
19 |                                 )
                                    )
20 |                                 ) [F.R.Civ.P. Rule 65; Local Rule 7.1(h)]
   **COUNTY OF SAN DIEGO**,          )
21 |                                 )  DATE: **September 25, 2008**
          Defendant.                )  TIME: **3:30 p.m.**
22 |                                 )  COURTROOM: **16**
                                    )
23 |                                 )  COURTROOM: **16**
                                    )      JUDGE: **HON. JEFFREY T. MILLER**
24 |  _____)  TRIAL DATE: None set

25
   **TO: THE HONORABLE  JEFFREY T. MILLER, United States District Court Judge, and**
26
   **to all Parties and their Attorneys of Record:**   1
27  _____
       GUATAY CHRISTIAN FELLOWSHIP'S MOTION TO FILE MEMORANDUM OF POINTS AND
28     AUTHORITIES EXCEEDING PAGE LIMIT; DECLARATION OF PETER D. LEPISCOPO, ESQ.

**PURSUANT TO LOCAL RULE 7.1(h) and the attached Declaration of Peter D. Lepiscopo, Esq.,** Peter D. Lepiscopo hereby applies for leave to file its 35 page Memorandum of Points and Authorities in Support of Plaintiff's Motion for a Preliminary Injunction. The brief exceeds Local Rule 7.1(h) 25 page limit by **10** pages.

Dated: **August 29**, 200**8**.   LEPISCOPO & MORROW, LLP

By:   **/s/ Peter D. Lepiscopo**
Peter D. Lepiscopo, Esq.,

Attorneys for Plaintiff, **GUATAY CHRISTIAN FELLOWSHIP**

## DECLARATION OF PETER D. LEPISCOPO

I, Peter D. Lepiscopo, declare as follows:

**1.** I am an attorney duly licensed and admitted to practice law within the State of California and that I represent Guatay Christian Fellowship. I am over the age of eighteen and have personal knowledge of the herein stated matters, and, if called upon as a witness, could and would testify competently and accurately to the herein stated matters.

**2. I** have prepared GUATAY CHRISTIAN FELLOWSHIP'S Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Injunction, the original of which has been presented to the Clerk for filing.

**3.** I have spent considerable time reducing the brief to a more succinct, reduced version. Even so doing, I was only able to reduce the brief to 35 pages, which exceeds Local Rule 7.1(h) by only **10** pages. As I attempted to further reduce it became disjointed and somewhat incoherent.

2

**GUATAY CHRISTIAN FELLOWSHIP'S MOTION TO FILE MEMORANDUM OF POINTS AND AUTHORITIES EXCEEDING PAGE LIMIT; DECLARATION OF PETER D. LEPISCOPO, ESQ.**

**4.** As this is a case dealing with plaintiffs' attempt to enforce the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA'), 42 U.S.C. § 2000cc, and for damages associated with a violation of constitutional rights under 42 U.S.C. § 1983, considerable legal argument and analysis is required.

**5.** By way of the Motion, the CHURCH seeks the issuance of a preliminary injunction, prohibiting the COUNTY and its employees, agents, and attorneys from interfering with the CHURCH and its members' exercise of their religious, speech, assembly, and association rights protected under the First Amendment to the United States Constitution ("First Amendment") and pursuant to the statutory scheme embodied in RLUIPA.

Specifically, the COUNTY has repeatedly threatened legal action against the CHURCH, including a threat to order San Diego Gas and Electric to terminate delivery of power to the CHURCH as well as an outright demand that the CHURCH "immediately cease using the [CHURCH] building for assembly of any kind." (see Exh. 18 to Plaintiff's Motion for Preliminary Injunction.) The COUNTY has been making these threats as recently as Tuesday, August 19, 2008, and has used the code inspection permitted by this Court as a pretext to demand that the CHURCH cease holding religious services in their building. The Plaintiff's ability to address the constantly-evolving factual circumstances and intricate legal issues in this case require slightly more than the permitted number of pages by Local Rule 7.1(h).

**6.** I am not in the practice of addressing irrelevant issues or being verbose in my written arguments. I am an experienced litigator, including at the appellate level. For example, I have acted as lead and/or *amicus* counsel in the following published cases (including ones published by this Court): ***Trunk v. City of San Diego, et al.*** 547 F.Supp.2d 1144 (2007) (represented Pacific Justice in U.S. District Court regarding Mount Soledad National Veterans War Memorial, which

3

has a Latin Cross as part of its fully integrated memorial); *Staley v. Harris County, Texas* (5th Cir.2007) 485 F.3d 305 (represented Pacific Justice Instituted in the 5th Circuit Court of Appeals regarding the constitutionality of a Bible Monument displayed at Harris County Civil Courthouse.); *Metropolitan Water District v. Campus Crusade for Christ* (2007) 41 Cal.4th 954 (represented Pacific Justice Institute in the California Supreme Court regarding issue relating to the deprivation of the right to a jury trial in an eminent domain case); *O'Toole v. Superior Court*, 140 Cal.App.4th 488 (June 2006)(First Amendment free speech case on college campus); *McCreary County v. ACLU*, 545 U.S. 844 (2005)(Kentucky 10 Commandments case-represented Pacific Justice Institute in U.S. Supreme Court); *Van Orden v. Perry*, 545 U.S. 677 (2005) )(Texas 10 Commandments case-represented Pacific Justice Institute in U.S. Supreme Court); *Elk Grove Unified School Dist. v. Newdow*, 542 U.S. 1 (2004) (represented Pacific Justice Institute in the Pledge of Allegiance case before the U.S. Supreme Court); *Lockyer v. City and County of San Francisco* (2004) 33 Cal.4th 1055 (represented California State Senators and Assembly Members in the California Supreme Court); *Costco Companies, Inc. v. Gallant* (2002) 96 Cal.App.4th 740 (freedom of speech and petition case relating to California Supreme Court decision in *Robins v. Pruneyard* (1979) 23 Cal.3rd 899); *San Diego Unified Port District v. U.S. Citizens Patrol* (1998) 63 Cal.App.4th 964 (freedom of speech case relating to political speech at the San Diego International Airport); *Springfield v. San Diego Unified Port District* (So.Dist.Cal.1996) 950 F.Supp. 1482 (freedom of speech case relating to religious speech at airports); *San Diego County Gun Rights Committee v. Reno* (9th Cir.1996) 98 F.3rd 1121 (constitutional challenge to 1994 Crime Bill's firearms ban based on 2nd and 9th Amendments, and Interstate Commerce Clause in light of U.S. Supreme Court decision in *United States v. Lopez* , 514 U.S. 549 (1995); *San Diego County Gun Rights Committee v. Reno* (So.Dist.Cal.1996) 926 F.Supp. 1415 (constitutional

**GUATAY CHRISTIAN FELLOWSHIP'S MOTION TO FILE MEMORANDUM OF POINTS AND AUTHORITIES EXCEEDING PAGE LIMIT; DECLARATION OF PETER D. LEPISCOPO, ESQ.**

challenge to firearms ban in 1994 Crime Bill); ***Council for Life Coalition v. Reno*** (So.Dist.Cal.1996) 856 F.Supp. 1422 (constitutional challenge under 1st Amendment (free speech and association), Interstate Commerce Clause, and Due Process Clause to 1994 Freedom of Access to Clinics Entrances Act); ***Pinnock v. International House of Pancakes*** (So.Dist.Cal.1993) 84r4 F.Supp. 574, *cert.den*. 114 S.Ct. 2726 (1994)(constitutional challenge to public accommodations section of the Americans with Disabilities Act based on the Interstate Commerce Clause, Doctrine of Separation of Powers, Due Process (retroactive legislation, void for vagueness, and over-broad), and 10th Amendment).

**7.** Guatay Christian Fellowship does <u>not</u> make this request for purposes of delay or to harass any of the parties or for any other inappropriate purpose.

I declare under the penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct.

Executed this **29th**   day of **August**, 200**8**, at San Diego, California

    **/s/ Peter D. Lepiscopo**
Peter D. Lepiscopo, Esq.

**GUATAY CHRISTIAN FELLOWSHIP'S MOTION TO FILE MEMORANDUM OF POINTS AND AUTHORITIES EXCEEDING PAGE LIMIT; DECLARATION OF PETER D. LEPISCOPO, ESQ.**

**CASE NAME:** *GUATAY CHRISTIAN FELLOWSHIP v. COUNTY OF SAN DIEGO*

**CASE NO.: 08-CV-01406-JM-CAB**

### CERTIFICATE OF PERSONAL SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO:

I am over the age of eighteen years, and not party to this action.  My business address is **2635 Camino del Rio South, Suite 109, San Diego, California 92108**.

I, the undersigned, declare under the penalty of perjury that I served the below name person(s) the following documents:

1. **GUATAY CHRISTIAN FELLOWSHIP'S MOTION TO FILE MEMORANDUM OF POINTS AND AUTHORITIES EXCEEDING PAGE LIMIT; DECLARATION OF PETER D. LEPISCOPO, ESQ.**

in the following manner:

By **personal** service by delivery to **ABC ATTORNEY SERVICES, INC.** for personal service on **August 29, 2008**    to the following person(s):

| | |
|---|---|
| **THOMAS D. BUNTON, ESQ.** | **Attorneys for County of San Diego** |
| SENIOR DEPUTY COUNTY COUNSEL | |
| County of San Diego | |
| County Administration Center | |
| 1600 Pacific Highway, Room 355 | |
| San Diego, California 92101-2469 | |

I certify and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this **29TH** day of **August,  2008**.


          **/s/ Peter D. Lepiscopo**
          **Peter D. Lepiscopo, Esq.**

**GUATAY CHRISTIAN FELLOWSHIP'S MOTION TO FILE MEMORANDUM OF POINTS AND AUTHORITIES EXCEEDING PAGE LIMIT; DECLARATION OF PETER D. LEPISCOPO, ESQ.**