**PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583**
  *Counsel of Record*
**BILL MORROW, ESQ.  C.S.B.  #140772**
LEPISCOPO & MORROW, LLP
2635 Camino del Rio South, Suite 109
San Diego, California 92108
Telephone:  (619) 299-5343
 Facsimile:  (619) 299-4767

*Lead* Attorneys for Plaintiff, **GUATAY CHRISTIAN FELLOWSHIP**

**DEAN R. BROYLES, ESQ. C.S.B. #179535**
**JAMES M. GRIFFITHS, ESQ.   C.S.B. # 228467**
THE WESTERN CENTER FOR LAW & POLICY
539 West Grand Avenue
Escondido, California 92025
Telephone: (760) 747-4549; Facsimile: (760) 747-4505

Attorneys for Plaintiff, **GUATAY CHRISTIAN FELLOWSHIP**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUATAY CHRISTIAN FELLOWSHIP,** | Case No. **08-CV-01406-JM-CAB** |
| Plaintiff, | **GUATAY CHRISTIAN FELLOWSHIP'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** |
| v. | **[F.R.Civ.P. Rule 65]** |
| **COUNTY OF SAN DIEGO,** | DATE: **September 25, 2008**<br>TIME: **3:30 p.m.**<br>COURTROOM: **16** |
| Defendant. | COURTROOM: **16**<br>JUDGE: **HON. JEFFREY T. MILLER**<br>TRIAL DATE: None set |

## NOTICE OF MOTION AND MOTION

1

---
**GUATAY CHRISTIAN FELLOWSHIP'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**

**PLEASE TAKE NOTICE** that on September 25, 2008, at 3:30 p.m., or as soon thereafter as the matter might be heard in Courtroom 16 of the above entitled Court, Plaintiff, GUATAY CHRISTIAN FELLOWSHIP (the "CHURCH"), shall, and hereby does, move the Court pursuant Federal Rules of Civil Procedure, Rule 65, to issue a preliminary injunction that:

    a. permits the CHURCH'S continued use of the CHURCH Complex for religious assemblies and activities as it has for the past 22 years;

    b. restrains the COUNTY from enforcing its land use regulations in a manner that prohibits, interferes with, or abridges the CHURCH'S continued use of the CHURCH Complex for religious assemblies and activities; and

    c. restrains the COUNTY from entering the Park or CHURCH Complex to conduct any inspections.

The CHURCH shall demonstrate that it is entitled to such relief based upon the documentary evidence and declarations submitted in support of this Motion, which shall demonstrate that:

    a. the CHURCH will suffer irreparable harm if a preliminary injunction is not issued;

    b. the CHURCH is likely to succeed on the merits; and

    c. the balance of the hardships weighs heavily in favor of the CHURCH.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of this Motion, the declarations and exhibits submitted, and upon all other evidence and/or testimony provided at the hearing on the Motion.

The parties, through their counsel of record, have agreed to the following briefing schedule: (a) any opposition to the Motion shall be filed and served on or before September 12, 2008; and (b) any reply to opposition shall be filed and served on or before September 18, 2008.

**GUATAY CHRISTIAN FELLOWSHIP'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**

Case 3:08-cv-01406-JM-CAB     Document 13     Filed 08/29/2008     Page 3 of 4

1 | Dated:  **August 29**, 200**8**.        L<small>EPISCOPO</small> & M<small>ORROW</small>, <small>LLP</small>

2

3                                                        By:   **/s/ Peter D. Lepiscopo**
                                                                   Peter D. Lepiscopo, Esq.,
4

5                                                              Attorneys for Plaintiff, **GUATAY CHRISTIAN FELLOWSHIP**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                                        3
28  _____
**GUATAY CHRISTIAN FELLOWSHIP'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**

**CASE NAME:** *GUATAY CHRISTIAN FELLOWSHIP v. COUNTY OF SAN DIEGO*

**CASE NO.: 08-CV-01406-JM-CAB**

### CERTIFICATE OF PERSONAL SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO:

I am over the age of eighteen years, and not party to this action. My business address is **2635 Camino del Rio South, Suite 109, San Diego, California 92108**.

I, the undersigned, declare under the penalty of perjury that I served the below name person(s) the following documents:

1. **GUATAY CHRISTIAN FELLOWSHIP'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**

in the following manner:

By **personal** service by delivery to **ABC ATTORNEY SERVICES, INC.** for personal service on **August 29, 2008** to the following person(s):

| | |
|---|---|
| **THOMAS D. BUNTON, ESQ.** | **Attorneys for County of San Diego** |
| SENIOR DEPUTY COUNTY COUNSEL | |
| County of San Diego | |
| County Administration Center | |
| 1600 Pacific Highway, Room 355 | |
| San Diego, California 92101-2469 | |

I certify and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this **29TH** day of **August, 2008**.

                          **/s/ Peter D. Lepiscopo**
                          Peter D. Lepiscopo, Esq.

**GUATAY CHRISTIAN FELLOWSHIP'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**