1  **PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583**
      *Counsel of Record*
2  **BILL MORROW, ESQ.  C.S.B.  #140772**
   LEPISCOPO & MORROW, LLP
3  2635 Camino del Rio South, Suite 109
   San Diego, California 92108
4  Telephone:  (619) 299-5343
    Facsimile:  (619) 299-4767
5
   *Lead* Attorneys for  Plaintiff, **GUATAY CHRISTIAN FELLOWSHIP**
6
7  **DEAN R. BROYLES, ESQ. C.S.B. #179535**
   **JAMES M. GRIFFITHS, ESQ.   C.S.B. # 228467**
8  THE WESTERN CENTER FOR LAW & POLICY
   539 West Grand Avenue
9  Escondido, California 92025
   Telephone: (760) 747-4549; Facsimile: (760) 747-4505
10
11 Attorneys for  Plaintiff, **GUATAY CHRISTIAN FELLOWSHIP**

12

13                    **UNITED STATES DISTRICT COURT**

14                    **SOUTHERN DISTRICT OF CALIFORNIA**

15 **GUATAY CHRISTIAN FELLOWSHIP**, )  Case No. **08-CV-01406-JM-CAB**
                                      )
16          Plaintiff,                )  **DECLARATION OF WILLIAM HOWSE  IN**
                                      )  **SUPPORT OF GUATAY CHRISTIAN**
17                                    )  **FELLOWSHIP'S MOTION FOR**
                                      )  **PRELIMINARY INJUNCTION**
18                                    )
          v.                          )
19                                    )     **[F.R.Civ.P. Rule 65]**
                                      )
20 **COUNTY OF SAN DIEGO**,           )        DATE: **September 25, 2008**
                                      )        TIME: **3:30 p.m.**
21                                    )  COURTROOM: **16**
          Defendant.                  )
22                                    )  COURTROOM: **16**
                                      )        JUDGE: **HON. JEFFREY T. MILLER**
23                                    )  TRIAL  DATE: None set

24

25      I, **WILLIAM HOWSE**, hereby declare and state as follows:

26

27

28
   _____
   DECLARATION OF WILLIAM HOWSE  IN SUPPORT OF GUATAY CHRISTIAN FELLOWSHIP'S
                    MOTION FOR PRELIMINARY INJUNCTION

1      **1.**    I am not a party to this action. I am over the age of eighteen and have personal knowledge of the herein stated matters, and, if called upon as a witness, could and would testify competently and accurately to the herein stated matters.

      **2.**    A true and correct copy of my most recent resume is filed as Exhibit 36.

      **3.**    My educational background can be summarized as follows: I graduated San Diego State University, where I received a Bachelor of Science Degree in Industrial Technology and Engineering.

      **4.**    I hold a California Contractor License No. 818317 (B, C27, and C53) from the State of California.

      **5.**    For more than 18-years I have been in continuous practice as a building contractor and building contract manager in the building industry. My professional career can be summarized as follows: (a) September 2007—Present: Industry Expert, California Contractors State License Board ("CLSB") (duties include: working with CSLB claims officers; inspect consumer claims for faulty workmanship; compile inspection reports citing workmanship issues as compared to industry standard and municipal code requirements; and compile estimated cost to repair issues out of compliance); (b) August 2002 to Present: Owner, A Slice of Paradise, Inc. (experience and work: residential and commercial building construction and remodels, swimming pool construction and remodels, landscape/hardscape construction and remodels, over 300 construction projects completed, supervise modifications to various existing commercial buildings to suit new tenants such as churches, non-profit organizations, etc.); (c) September 1990 to February 2002: Engineering and Facilities Manager, Compass Plastics and Technologies (ground-up construction of 80,000 square-foot factory) and Mulay Plastics and Technologies (ground-up construction of 25,000 square-foot factory expansion).

**DECLARATION OF WILLIAM HOWSE  IN <u>SUPPORT</u> OF GUATAY CHRISTIAN FELLOWSHIP'S MOTION FOR PRELIMINARY INJUNCTION**

**6.**    In providing the opinions set forth in this declaration I have reviewed the following documents, true and correct copies of which are filed as the following exhibit numbers:

Exhibit  1:  11/30/88 Letter from County of San Diego

Exhibit 18:  8/15/08 Letter From County Re: Inspection Results of 8/14/08 Inspection

Exhibit 21:  8/12/08 Affidavit In Support of an Inspection Warrant

Exhibit 27:  Plot Plan for MUP No. P71-104 (Approved: September 20, 1978)

Exhibit 28:  Plot Map for MUP No. P71-104 (Approved: September 20, 1978)

Exhibit 29:  Plot Plan for MUP No. P71-104 (Approved: February 2, 1979)

Exhibit 30:  Plot Map for MUP No. P71-104 (Approved: February 2, 1979)

Exhibit 33:  8/19/08 Notice of Investigation/Inspection—Dept. of Planning & Land Use

In addition, in providing the opinions set forth in this declaration I have reviewed, considered, and relied upon the California and San Diego County Building and Zoning Codes.

**7.**    I have had the opportunity to carefully review the 8/15/08 Letter of Violations from the County (Exh. 18) and the 8/19/08 Notice of Investigation/Inspection (Exh. 33).

**8.**    It is my opinion that the items listed as "serious violations" in the 8/15/08 Letter of Violations (Exh. 18) are actually items requiring minor repairs.

**9.**    In addition, I have reviewed the Affidavit in Support of an Inspection Warrant (Exh. 21). It is unequivocally clear that the triggering event in the mind of County Inspector Jorge Self was his conclusion that the CHURCH was NOT a proper use (see Exh. 21, ¶5). Based on this assumption, County Inspector Self applies California Building Code Section 3406 as the sole basis for the request for a warrant for inspection (see Exh. 21, ¶6).  However, review of the

---

**DECLARATION OF WILLIAM HOWSE  IN <u>SUPPORT</u> OF GUATAY CHRISTIAN FELLOWSHIP'S
MOTION FOR PRELIMINARY INJUNCTION**

1    County approved 1978 and 1979 Plot Plans and Property Maps clearly identify the Recreation

2    Center as an Existing Building Church (see Exhs. 27-30). In addition, on November 30, 1988,

3    the County issued a letter wherein it acknowledged and approved the use of the Recreation

4    Center as a "200 member church" (see Exh. 1). Consequently, County Inspector Self first

5    asserted a change in use, and then used this unsupported conclusion to justify seeking and

6    obtaining a warrant for inspection. It is my opinion that there was no factual basis to obtain an

7    inspection warrant in the first place, let alone order the Church to terminate all religious

8    assemblies and worship.

9

10        10.   Based on all of the foregoing and upon review of the evidence, and in light of my

11   more than **18-**years of experience, it is my opinion that all of the alleged violations alleged by

12   the County in Exhibits 18 and 33 are minor and that the Guatay Church is safe for engaging in

13   religious assembly and religious worship during the time that the repairs are being made.

14

15   /////

16   /////

17   /////

18   /////

19   /////

20   /////

21   /////

22   /////

23   /////

24   /////

25   /////

26   /////

27   /////

28
     _____
     **DECLARATION OF WILLIAM HOWSE  IN SUPPORT OF GUATAY CHRISTIAN FELLOWSHIP'S
     MOTION FOR PRELIMINARY INJUNCTION**

1         I declare under the penalty of perjury under the laws of the United States of America and

2    the State of California that the foregoing is true and correct.

3         Executed on this **28th** day of **August**, 200**8**, at San Diego, California.

4

5

6                                                                             

7                                           WILLIAM HOWSE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**DECLARATION OF WILLIAM HOWSE  IN SUPPORT OF GUATAY CHRISTIAN FELLOWSHIP'S**
**MOTION FOR PRELIMINARY INJUNCTION**

**CASE NAME: *GUATAY CHRISTIAN FELLOWSHIP v. COUNTY OF SAN DIEGO***

**CASE NO.: 08-CV-01406-JM-CAB**

<u>**CERTIFICATE OF PERSONAL SERVICE**</u>

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO:

I am over the age of eighteen years, and not party to this action.  My business address is **2635 Camino del Rio South, Suite 109, San Diego, California 92108**.

I, the undersigned, declare under the penalty of perjury that I served the below name person(s) the following documents:

1. **DECLARATION OF WILLIAM HOWSE IN <u>SUPPORT</u> OF GUATAY CHRISTIAN FELLOWSHIP'S MOTION FOR PRELIMINARY INJUNCTION**

in the following manner:

By **personal** service by delivery to **ABC ATTORNEY SERVICES, INC.** for personal service on <u>**August 29, 2008**</u>    to the following person(s):

> **THOMAS D. BUNTON, ESQ.**                    **Attorneys for County of San Diego**
> SENIOR DEPUTY COUNTY COUNSEL
> County of San Diego
> County Administration Center
> 1600 Pacific Highway, Room 355
> San Diego, California 92101-2469

I certify and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this <u>**29TH**</u> day of <u>**August,**</u>  **2008**.

                                                                **/s/ Peter D. Lepiscopo**
                                                                **Peter D. Lepiscopo, Esq.**

---

DECLARATION OF WILLIAM HOWSE  IN <u>SUPPORT</u> OF GUATAY CHRISTIAN FELLOWSHIP'S
MOTION FOR PRELIMINARY INJUNCTION