1  **PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583**
     *Counsel of Record*
2  **BILL MORROW, ESQ.  C.S.B.  #140772**
   LEPISCOPO & MORROW, LLP
3  2635 Camino del Rio South, Suite 109
   San Diego, California 92108
4  Telephone:  (619) 299-5343
    Facsimile:  (619) 299-4767

5  *Lead* Attorneys for  Plaintiff, **GUATAY CHRISTIAN FELLOWSHIP**

6
   **DEAN R. BROYLES, ESQ. C.S.B. #179535**
7  **JAMES M. GRIFFITHS, ESQ.   C.S.B. # 228467**
   THE WESTERN CENTER FOR LAW & POLICY
8  539 West Grand Avenue
9  Escondido, California 92025
   Telephone: (760) 747-4549; Facsimile: (760) 747-4505
10
   Attorneys for  Plaintiff, **GUATAY CHRISTIAN FELLOWSHIP**
11

12

13                    **UNITED STATES DISTRICT COURT**

14                  **SOUTHERN DISTRICT OF CALIFORNIA**

15 **GUATAY CHRISTIAN FELLOWSHIP**, )   Case No. **08-CV-01406-JM-CAB**
                                     )
16        Plaintiff,                 )   **DECLARATION OF CARL R. SEUSS IN**
                                     )   **SUPPORT OF GUATAY CHRISTIAN**
17                                   )   **FELLOWSHIP'S MOTION FOR**
                                     )   **PRELIMINARY INJUNCTION**
18                                   )
       v.                            )   **[F.R.Civ.P. Rule 65]**
19                                   )
                                     )           DATE: **September 25, 2008**
20                                   )           TIME: **3:30 p.m.**
   **COUNTY OF SAN DIEGO**,          )   COURTROOM: **16**
21                                   )
                                     )   COURTROOM: **16**
22        Defendant.                 )        JUDGE: **HON. JEFFREY T. MILLER**
                                     )   TRIAL  DATE: None set
23 _____  )

24

25        I, **CARL R. SEUSS**, hereby declare and state as follows:

26

27

28 _____
   **DECLARATION OF CARL R. SEUSS IN SUPPORT OF GUATAY CHRISTIAN FELLOWSHIP'S
   MOTION FOR PRELIMINARY INJUNCTION**

                                   -1-

**1.** I am not a party to this action. I am over the age of eighteen and have personal knowledge of the herein stated matters, and, if called upon as a witness, could and would testify competently and accurately to the herein stated matters.

**2.** A true and correct copy of my most recent resume is filed as Exhibit 32.

**3.** My educational background can be summarized as follows: I graduated from El Capitan High School Santee, California, on June of 1969. Thereafter I attended Grossmont College where my major was business administration. In addition, I have taken the following continuing education courses at University of California, San Diego: English/writing classes.

**4.** I have the following certifications and professional licenses: California Contractors License No. 327840 (A General Engineering and C10 Electrical Contractor); certifications in the following: (a) AutoCAD Computer Design; and (b) Electrical Engineering and Design.

**5.** For more than 40-years I have been involved in the electrical contracting business and have worked with the following companies: (a) 1987—Present: Electrical Division Manager, Hamann Construction Company, El Cajon, California (duties included: electrical engineering, design and produce plans on CAD, estimating, and field supervision); (b) 1976—1987: C. Seuss Electric, El Cajon, California (owner of electrical contracting business); (c) 1967—1976: J. Frank Electric, Inc., El Cajon, California (duties included: apprentice electrician, sales and estimator, and materials handler).

**6.** In providing the opinions set forth in this declaration I have reviewed the following documents, true and correct copies of which are filed as the following exhibit numbers:

Exhibit 18: 8/15/08 Letter From County Re: Inspection Results of 8/14/08 Inspection

Exhibit 33: 8/19/08 Notice of Investigation/Inspection—Dept. of Planning & Land Use

**DECLARATION OF CARL R. SEUSS IN SUPPORT OF GUATAY CHRISTIAN FELLOWSHIP'S MOTION FOR PRELIMINARY INJUNCTION**

-2-

In addition, in providing the opinions set forth in this declaration I have reviewed, considered, and relied upon the California and San Diego County Building and Zoning Codes.

**7.**    I have had the opportunity to carefully review the 8/15/08 Letter of Violations from the County (Exh. 18) and the 8/19/08 Notice of Investigation/Inspection (Exh. 33) relative to the alleged electrical violations. Until now, in my more than 40-years of experience in the electrical contracting business I have never seen a building inspection municipality do a random inspection on a building like the one conducted on the Guatay Church.

**8.**    It is my opinion that the electrical items listed as "serious violations" in the 8/15/08 Letter of Violations (Exh. 18) are nothing more than typical, minor repairs. In the past, when the fire or building authorities required corrections like the ones identified by the County in the 8/15/08 Letter of Violations (Exh. 18) and 8/19/08 Notice of Investigation/Inspection (Exh. 33), business was permitted to continue. For example, in Paragraph 8 of the 8/15/08 Letter of Violations (Exh. 18) it states that "potentially some branch circuits are not grounded." This is a vague and open-ended statement describing no specificity. During my years of experience, every inspection that I have attended, inspectors have always provided electrical testing equipment to verify that a ground circuit does or does not exist.

**9.**    Based on all of the foregoing and upon review of the evidence, and in light of my more than 40-years of experience, it is my opinion that all of the alleged electrical violations alleged by the County in Exhibits 18 and 33 are minor and that the Guatay Church is safe for engaging in religious assembly and religious worship during the time that the repairs are being made.

/////

DECLARATION OF CARL R. SEUSS IN SUPPORT OF GUATAY CHRISTIAN FELLOWSHIP'S
MOTION FOR PRELIMINARY INJUNCTION

1    I declare under the penalty of perjury under the laws of the United States of America and

2    the State of California that the foregoing is true and correct.

3    Executed on this **28**[th] day of **August**, 200**8**, at San Diego, California.

4

5

6    _____

CARL R. SEUSS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    _____
**DECLARATION OF CARL R. SEUSS IN <u>SUPPORT</u> OF GUATAY CHRISTIAN FELLOWSHIP'S
MOTION FOR PRELIMINARY INJUNCTION**

1  CASE NAME: *GUATAY CHRISTIAN FELLOWSHIP v. COUNTY OF SAN DIEGO*

2  CASE NO.: **08-CV-01406-JM-CAB**

3

4  **CERTIFICATE OF PERSONAL SERVICE**

5

6  STATE OF CALIFORNIA, COUNTY OF SAN DIEGO:

7       I am over the age of eighteen years, and not party to this action.  My business address is **2635 Camino del Rio South, Suite 109, San Diego, California 92108**.

8

9       I, the undersigned, declare under the penalty of perjury that I served the below name person(s) the following documents:

10     **1. DECLARATION OF CARL R. SEUSS IN <u>SUPPORT</u> OF GUATAY CHRISTIAN FELLOWSHIP'S MOTION FOR PRELIMINARY INJUNCTION**

11

12  in the following manner:

13

14  By **personal** service by delivery to **ABC ATTORNEY SERVICES, INC.** for personal service on **August 29, 2008**   to the following person(s):

15

16  **THOMAS D. BUNTON, ESQ.**       **Attorneys for County of San Diego**
SENIOR DEPUTY COUNTY COUNSEL

17  County of San Diego
County Administration Center

18  1600 Pacific Highway, Room 355
San Diego, California 92101-2469

19

20

21       I certify and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

22       Executed on this **29TH** day of **August,  2008**.

23

24

25              **/s/ Peter D. Lepiscopo**
            **Peter D. Lepiscopo, Esq.**

26

27

28  _____
**DECLARATION OF CARL R. SEUSS IN <u>SUPPORT</u> OF GUATAY CHRISTIAN FELLOWSHIP'S MOTION FOR PRELIMINARY INJUNCTION**