**PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583**
  *Counsel of Record*
**BILL MORROW, ESQ.  C.S.B.  #140772**
LEPISCOPO & MORROW, LLP
2635 Camino del Rio South, Suite 109
San Diego, California 92108
Telephone:  (619) 299-5343
 Facsimile:  (619) 299-4767

*Lead* Attorneys for  Plaintiff, **GUATAY CHRISTIAN FELLOWSHIP**

**DEAN R. BROYLES, ESQ. C.S.B. #179535**
**JAMES M. GRIFFITHS, ESQ.   C.S.B. # 228467**
THE WESTERN CENTER FOR LAW & POLICY
539 West Grand Avenue
Escondido, California 92025
Telephone: (760) 747-4549; Facsimile: (760) 747-4505

Attorneys for  Plaintiff, **GUATAY CHRISTIAN FELLOWSHIP**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUATAY CHRISTIAN FELLOWSHIP,** | Case No. **08-CV-01406-JM-CAB** |
| Plaintiff, | **DECLARATION OF PAUL D. GIESE, R.A.  IN <u>SUPPORT</u> OF GUATAY CHRISTIAN FELLOWSHIP'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | **[F.R.Civ.P. Rule 65]** |
| **COUNTY OF SAN DIEGO**, | DATE: **September 25, 2008**<br>TIME: **3:30 p.m.**<br>COURTROOM: **16** |
| Defendant. | COURTROOM: **16**<br>JUDGE: **HON. JEFFREY T. MILLER**<br>TRIAL  DATE: None set |

I, **PAUL D. GIESE**, hereby declare and state as follows:

___

**DECLARATION OF PAUL D. GIESE, R.A.  IN <u>SUPPORT</u> OF GUATAY CHRISTIAN FELLOWSHIP'S MOTION FOR PRELIMINARY INJUNCTION**

-1-

1. I am not a party to this action. I am over the age of eighteen and have personal knowledge of the herein stated matters, and, if called upon as a witness, could and would testify competently and accurately to the herein stated matters.

2. A true and correct copy of my most recent resume is filed as Exhibit 34.

3. My educational background can be summarized as follows: I graduated California Polytechnic State University, San Luis Obispo, in 1980 where I received a Bachelor of Science Degree in Architecture. In addition, I have taken many continuing education courses including: County of San Diego Low Impact Development Strategies, 2007 California Building Code Architectural Applications for Designers, Title 24/Americans with Disabilities Act ("ADA"), Access Update, Nonstructural Applications of the Uniform Building Code: Fundamentals of Exiting.

4. On February 1, 1985, I received my license (#C-15316) from the State of California as a license architect.

5. For more than 28-years I have been in continuous practice as an architect and have experience as a project designer, project manager, project architect, and job captain. This experience includes but is not limited to all aspects of architectural design, compliance with California Building and Local building codes, programming, construction document preparation, and construction administration for light manufacturing, office, research and development, and warehouse facilities. I also have space planning experience, which includes compliance with building and municipal codes for handicap access, fire, life, and safety issues.

6. My professional career can be summarized as follows: (a) 1996—Present: Project Architect, Hamann Construction Company, El Cajon, California (duties included: responsible

---
**DECLARATION OF PAUL D. GIESE, R.A.  IN <u>SUPPORT</u> OF GUATAY CHRISTIAN FELLOWSHIP'S MOTION FOR PRELIMINARY INJUNCTION**

-2-

for in-house review and coordination of development and construction projects; preliminary planning and design; production and/or coordination of all architectural, engineering and construction documentation; expedite permits and approvals; assist in construction coordination); (b) 1987—1996: Vice President of Design, Turpit & Partners Architects, Inc; (c) 1980—1987: Project Architect/Designer, H.C.H. Partners.

    **7.**    In providing the opinions set forth in this declaration I have reviewed the following documents, true and correct copies of which are filed as the following exhibit numbers:

Exhibit 18:  8/15/08 Letter From County Re: Inspection Results of 8/14/08 Inspection

Exhibit 33:  8/19/08 Notice of Investigation/Inspection—Dept. of Planning & Land Use

In addition, in providing the opinions set forth in this declaration I have reviewed, considered, and relied upon the California Building Code (2001 ed.) as adopted by the County of San Diego for projects constructed or modified between 1998 and 2007 and County Zoning Codes.

    **8.**    I have had the opportunity to carefully review the 8/15/08 Letter of Violations from the County (Exh. 18) and the 8/19/08 Notice of Investigation/Inspection (Exh. 33).

    **9.**    It is my opinion that the items listed as "serious violations" in the 8/15/08 Letter of Violations (Exh. 18) are not an immediate threat to the health or safety of the occupants. While they are violations to the approved code they are not "serious violations" and would require only minor repairs.

    **10.**    Based on all of the foregoing and upon review of the evidence, and in light of my more than 28-years of experience, it is my opinion that all of the alleged violations alleged by

---
**DECLARATION OF PAUL D. GIESE, R.A.  IN <u>SUPPORT</u> OF GUATAY CHRISTIAN FELLOWSHIP'S MOTION FOR PRELIMINARY INJUNCTION**

the County in Exhibits 18 and 33 are minor and that the Guatay Church is safe for engaging in religious assembly and religious worship during the time that the repairs are being made.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 29th day of **August**, 2008, at San Diego, California.

_____
PAUL D. GIESE
Architect

---
**DECLARATION OF PAUL D. GIESE, R.A. IN SUPPORT OF GUATAY CHRISTIAN FELLOWSHIP'S MOTION FOR PRELIMINARY INJUNCTION**

-4-

1  **CASE NAME:** *GUATAY CHRISTIAN FELLOWSHIP v. COUNTY OF SAN DIEGO*

2  **CASE NO.: 08-CV-01406-JM-CAB**

**CERTIFICATE OF PERSONAL SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO:

 I am over the age of eighteen years, and not party to this action.  My business address is **2635 Camino del Rio South, Suite 109, San Diego, California 92108**.

 I, the undersigned, declare under the penalty of perjury that I served the below name person(s) the following documents:

 1. **DECLARATION OF PAUL D. GIESE IN SUPPORT OF GUATAY CHRISTIAN FELLOWSHIP'S MOTION FOR PRELIMINARY INJUNCTION**

in the following manner:

By **personal** service by delivery to **ABC ATTORNEY SERVICES, INC.** for personal service on **August 29, 2008**   to the following person(s):

 **THOMAS D. BUNTON, ESQ.**       **Attorneys for County of San Diego**
 SENIOR DEPUTY COUNTY COUNSEL
 County of San Diego
 County Administration Center
 1600 Pacific Highway, Room 355
 San Diego, California 92101-2469

 I certify and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

 Executed on this **29TH** day of **August,  2008**.

                  **/s/ Peter D. Lepiscopo**
                   Peter D. Lepiscopo, Esq.

---

**DECLARATION OF PAUL D. GIESE, R.A.  IN SUPPORT OF GUATAY CHRISTIAN FELLOWSHIP'S MOTION FOR PRELIMINARY INJUNCTION**

-5-