# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUATAY CHRISTIAN FELLOWSHIP**, ) | Case No. **08-CV-01406-JM-CAB** |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER GRANTING JOINT MOTION TO** |
| ) | **FILE MOTION FOR PRELIMINARY** |
| ) | **INJUNCTION  ON A DATE LESS THAN** |
| ) | **THE 28-DAY RULE (LOCAL RULE 7.1) AND** |
| v. ) | **BRIEFING SCHEDULE** |
| ) | |
| ) | |
| ) | |
| **COUNTY OF SAN DIEGO**, ) | |
| ) | COURTROOM: **16** |
| Defendant. ) | JUDGE: **HON. JEFFREY T. MILLER** |
| ) | TRIAL DATE:  None set |

**UPON THE JOINT MOTION OF THE PARTIES**, by and between the parties, through their counsel of record,

**IT IS HEREBY ORDERED**:

1. That plaintiff shall be permitted to file its motion for preliminary injunction ("Motion"), along with all supporting evidence and declarations, on a date that is 1-day less than the 28-day rule set forth in Local Civil Rule 7.1;

---

ORDER GRANTING JOINT MOTION TO FILE MOTION FOR PRELIMINARY INJUNCTION  ON A
DATE LESS THAN THE 28-DAY RULE (LOCAL RULE 7.1) AND BRIEFING SCHEDULE

1

2   **2.** That the plaintiff shall file and serve the Motion and all supporting evidence and declarations by 2:00 p.m. on Friday, August 29, 2008;

3

4   **3.** That the defendant shall file and serve any opposition to the Motion on or before September 12, 2008;

5

6   **4.** That the plaintiff shall file and serve any reply to defendant's opposition on or before September 18, 2008; and

7

8   **5.** That the hearing on plaintiff's Motion is presently set for September 25, 2008, at 3:30 p.m. in Courtroom 16.

9

10   **IT IS SO ORDERED.**

11

12   Dated:  August 29, 2008.

13   **JEFFREY T. MILLER,**
**UNITED STATES DISTRICT COURT JUDGE**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**ORDER GRANTING JOINT MOTION TO FILE MOTION FOR PRELIMINARY INJUNCTION  ON A DATE LESS THAN THE 28-DAY RULE (LOCAL RULE 7.1) AND BRIEFING SCHEDULE**