1 | **PETER D. LEPISCOPO, ESQ.   C.S.B.  #139583**
　　*Counsel of Record*
2 | **BILL MORROW, ESQ.   C.S.B.  #140772**
L<small>EPISCOPO &</small> M<small>ORROW,</small> LLP
3 | 2635 Camino del Rio South, Suite 109
San Diego, California 92108
4 | Telephone:  (619) 299-5343
　Facsimile:  (619) 299-4767

5 | *Lead* Attorneys for  Plaintiff, **GUATAY CHRISTIAN FELLOWSHIP**

6 | **JAMES M. GRIFFITHS, ESQ.   C.S.B. # 228467**
T<small>HE</small> W<small>ESTERN</small> C<small>ENTER</small> F<small>OR</small> L<small>AW &</small> P<small>OLICY</small>
7 | 300 West Grand Avenue, Suite 200
Escondido, California 92025
8 | Telephone: (760) 747-4549; Facsimile: (760) 747-4505

9 |
Attorneys for  Plaintiff, **GUATAY CHRISTIAN FELLOWSHIP**
10 |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUATAY CHRISTIAN FELLOWSHIP,** | Case No. **08-CV-01406-JM-CAB** |
| Plaintiff, | |
| | ***AMENDED* CERTIFICATE OF SERVICE OF GUATAY CHRISTIAN FELLOWSHIP'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| | DATE: **September 25, 2008** |
| | TIME: **3:30 p.m.** |
| **COUNTY OF SAN DIEGO,** | COURTROOM: **16** |
| Defendant. | |
| | COURTROOM: **16** |
| | JUDGE: **HON. JEFFREY T. MILLER** |
| | TRIAL DATE: None set |

/////

/////

/////

---

***AMENDED* CERTIFICATE OF SERVICE OF GUATAY CHRISTIAN FELLOWSHIP'S
MOTION FOR PRELIMINARY INJUNCTION**

-1-

**CASE NAME:** *GUATAY CHRISTIAN FELLOWSHIP v. COUNTY OF SAN DIEGO*

**CASE NO.: 08-CV-01406-JM-CAB**

### CERTIFICATE OF PERSONAL SERVICE

I am not a party to this case. On **August 29, 2008**, I caused service of **SEE ATTACHMENT A HERETO** on the following counsel for all parties to this case by electronically filing said documents with the Clerk of the District Court using its ECF system, which electronically notifies them of the service of said documents and provides them with true and correct copies thereof.

| | | |
|---|---|---|
| **DEAN R. BROYLES, ESQ.**<br>**JAMES M GRIFFITHS, ESQ.**<br>The Western Center for Law & Policy<br>300 West Grand Avenue, Suite 200<br>Escondido, CA 92025<br>(760 )747-4549<br>(760 )747-4505 (fax)<br>dbroyles@wclplaw.org<br>*jgrifiths@wclplaw.org* | representing | **Guatay Christian Fellowship**<br>*(Plaintiff)* |
| **THOMAS D. BUNTON, SQ.**<br>Sr. County Counsel<br>County of San Diego<br>1600 Pacific Highway, Room 355<br>San Diego, CA 92101<br>(619 ) 531-6456<br>(619 ) 685-2383 (fax)<br>*Thomas.Bunton@sdcounty.ca.gov* | representing | **County of San Diego**<br>*(Defendant)* |

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this **1st** day of **September**, 200**8**, at San Diego, California.

                              **/s/ Peter D. Lepiscopo**_____
                              Peter D. Lepiscopo, Esq.
                              Attorney for Plaintiff **GUATAY CHRISTIAN FELLOWSHIP**

**ATTACHMENT A:** LIST OF DOCUMENTS SERVED

1. **GUATAY CHRISTIAN FELLOWSHIP'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION;**

2. **GUATAY CHRISTIAN FELLOWSHIP'S MEMORANUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION (including Exhibits 1 through 38);**

3. **DECLARATION OF PETER D. LEPISCOPO IN SUPPORT OF GUATAY CHRISTIAN FELLOWSHIP'S MOTION FOR PRELIMINARY INJUNCTION;**

4. **DECLARATION OF BILLY HOWSE IN SUPPORT OF GUATAY CHRISTIAN FELLOWSHIP'S MOTION FOR PRELIMINARY INJUNCTION;**

5. **DECLARATION OF CARL SEUSS IN SUPPORT OF GUATAY CHRISTIAN FELLOWSHIP'S MOTION FOR PRELIMINARY INJUNCTION;**

6. **DECLARATION OF MIKE STEVENS IN SUPPORT OF GUATAY CHRISTIAN FELLOWSHIP'S MOTION FOR PRELIMINARY INJUNCTION;**

7. **DECLARATION OF PAUL GIESE IN SUPPORT OF GUATAY CHRISTIAN FELLOWSHIP'S MOTION FOR PRELIMINARY INJUNCTION; and**

8. **DECLARATION OF PASTOR STAN PETERSON IN SUPPORT OF GUATAY CHRISTIAN FELLOWSHIP'S MOTION FOR PRELIMINARY INJUNCTION**