UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUATAY CHRISTIAN FELLOWSHIP**, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> **COUNTY OF SAN DIEGO**, ) <br> ) <br> Defendant. ) <br> ) <br> _____) | Case No. **08-CV-01406-JM-CAB** <br><br> **ORDER GRANTING MOTION TO FILE MEMORANDUM OF POINTS AND AUTHORITIES EXCEEDING PAGE LIMIT** <br><br><br> COURTROOM: **16** <br> JUDGE: **HON. JEFFREY T. MILLER** <br> TRIAL DATE: None set |

UPON PLAINTIFF GUATAY CHRISTIAN FELLOWSHIP'S MOTION FOR AN ORDER GRANTING LEAVE TO FILE A MEMORANDUM OF POINTS AND AUTHORIES EXECEEDING PAGE LIMIT,

**IT IS HEREBY ORDERED**:

1. That plaintiff's motion shall be and hereby is **GRANTED**;

---

**ORDER GRANTING MOTION TO FILE MEMORANDUM OF POINTS AND AUTHORITIES EXCEEDING PAGE LIMIT**

-1-

2.  That the plaintiff's *Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction*, Court Document No. **20**, shall be and hereby is deemed filed.

**IT IS SO ORDERED.**

Dated:  September 5, 2008

                                                                                    _____
                                                                                    JEFFREY T. MILLER,
                                                                                    UNITED STATES DISTRICT COURT JUDGE

---

**ORDER GRANTING MOTION TO FILE MEMORANDUM OF POINTS AND AUTHORITIES EXCEEDING PAGE LIMIT**