# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUATAY CHRISTIAN FELLOWSHIP,<br><br>　　　　　　　　　　　　　Plaintiff,<br>vs.<br>COUNTY OF SAN DIEGO,<br><br>　　　　　　　　　　　　　Defendant. | CASE NO. 08cv1406 JM(CAB)<br><br>ORDER DENYING REQUEST FOR PUBLICATION |

　　　Plaintiff moves <u>ex parte</u> for an order to publish this court's November 18, 2008 Order Granting in Part and Denying in Part Motion for Preliminary Injunction ("Order"). The court denies the request to publish the Order.

　　　**IT IS SO ORDERED.**

DATED: November 21, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties