IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUATAY CHRISTIAN FELLOWSHIP.<br><br>　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN DIEGO,<br><br>　　Defendant. | Case No. 08 CV 1406 JM CAB<br><br>ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND TO SET HEARING DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT<br><br>Courtroom:　16<br>Judge: Honorable Jeffrey T. Miller |

　　The parties have submitted a joint motion to continue the hearing on plaintiff Guatay Christian Fellowship's motion for summary judgment and to set a hearing date for cross-motions for summary judgment

　　Good cause appearing, the Court grants the joint motion.

　　THEREFORE, IT IS HEREBY ORDERED as follows:

1. The July 10, 2009 hearing date on Guatay Christian Fellowship's motion for summary judgment is vacated and reset pursuant to Paragraph 3, *infra*.

2. The County of San Diego will file its motion for summary judgment on or before July 10, 2009.

3. The hearing on the cross-motions for summary judgment will be held on August 13, 2009 at 3:30 p.m.

1
**ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND TO SET HEARING DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**

4. Under Rule 7.1(e)(2) of the Local Rules of the United States District Court for the Southern District of California, the oppositions to the motions for summary judgment must be filed on or before July 30, 2009.

5. Under Rule 7.1(e)(3) of the Local Rules of the United States District Court for the Southern District of California, the replies in support of the motions for summary judgment must be filed on or before August 6, 2009.

DATED: May 22, 2009

JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE