UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUATAY CHRISTIAN FELLOWSHIP, ) | Case No. 08cv1406 JM(CAB) |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING WITHDRAWAL OF |
| ) | COUNSEL [Docket No. 31] |
| COUNTYOF SAN DIEGO, ) | |
| ) | |
| Defendants. ) | |

Plaintiff's Motion for an Order Granting Withdrawal of Counsel is hereby GRANTED. Attorney Peter Lepiscopo will remain lead counsel for Plaintiff.

IT IS SO ORDERED.

DATED: August 13, 2009

Hon. Jeffrey T. Miller
United States District Judge